UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WALKER | : | FILED |
| v. | : NO. 3:03cv997 (JBA) | NOV 12  4 35 PM '03 |
| BOARD OF EDUCATION | : | U.S DISTRICT COURT NEW HAVEN, CONN. |

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge **JOAN G. MARGOLIS**, for the following purpose(s):

✔ - Settlement Conference:
   *(Orefmisc.cnf)*

- Supervising discovery and resolving discovery disputes:
   *(Orefmisc.dscv)*

- Ruling:
   *(Orefm.)*

- Referred for hearing:
   *(Orefcs.)*

IT IS SO ORDERED.

/s/ Janet Bond Arterton
United States District Judge

**Dated at New Haven, Connecticut: November 10, 2003**