IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

FILED

Dec 12  3 12 PM '03

U.S DISTRICT COURT
NEW HAVEN, CONN.

-------------------------------x
:
MARY WALKER                    :    3:03CV997(JBA)
:
v.                             :
:
BOARD OF EDUCATION             :    DECEMBER 12, 2003
:
-------------------------------x

### ORDER

On November 10, 2003, Judge Janet Bond Arterton referred <u>Mary Walker v. Board of Education</u> to this Magistrate Judge. (<u>See</u> Dkt. #8). For the duration of this Magistrate Judge's involvement with this file, courtesy copies of all filings should be forwarded to her Chambers, at 141 Church Street, Room 303, New Haven, Connecticut 06510.

Dated at New Haven, Connecticut, this 12th day of December, 2003.

Joan G. Margolis
U.S. Magistrate Judge

AO 72A
(Rev. 8/82)