3cv997Stlmt Cnf

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church Street
New Haven
Chambers Room 303

February 4, 2004

10:00 A.M.

Held 10:35 (20min.)
10:15

PARTIES MUST BE AVAILABLE BY TELEPHONE
IF THEY CANNOT ATTEND THE CONFERENCE

CASE NO. **3:03cv997** (JBA) **Walker v. Board of Education**

Thomas W. Bucci                              Mary Walker
Willinger, Willinger & Bucci
855 Main St., 5th Floor
Bridgeport, CT 06604
203-366-3939
203-337-4588 (fax)
thomasbucci@earthlink.net

Christopher M. Hodgson                    City of Bpt. Board of Ed.
Durant, Nichols, Houston, Hodgson & Cortese-Costa PC
1057 Broad St.
Bridgeport, CT 06604-0351
203-366-3438
chodgson@durantnic.com


                            BY ORDER OF THE COURT
                            KEVIN F. ROWE, CLERK