UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Settlement Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church Street
New Haven
Chambers Room 303

February 20, 2004

4:00 P.M.

*Held 4:00 - 4:05 PM (5 min.)*

CASE NO. **3:03CV997** (JBA) **Walker v. Board of Education**

Thomas W. Bucci                         Mary Walker
Willinger, Willinger & Bucci
855 Main St., 5th Floor
Bridgeport, CT 06604
203-366-3939
203-337-4588 (fax)
thomasbucci@earthlink.net

Christopher M. Hodgson                  Board of Ed City of Bpt
Durant, Nichols, Houston,
  Hodgson & Cortese-Costa PC
1057 Broad St.
Bridgeport, CT 06604-0351
203-366-3438
chodgson@durantnic.com


                                        BY ORDER OF THE COURT
                                        KEVIN F. ROWE, CLERK