# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARY WALKER,<br>Plaintiff, | CIVIL CASE NO. 3:03cv997(JBA) |
| VS. | |
| BOARD OF EDUCATION FOR THE<br>CITY OF BRIDGEPORT<br>Defendant. | APRIL 7, 2004 |

### STIPULATION OF DIMISSAL WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES AND COSTS

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, MARY WALKER, and Defendant, BOARD OF EDUCATION FOR THE CITY OF BRIDGEPORT, that the within action shall be, and the same hereby is, dismissed against Defendant, BOARD OF EDUCATION FOR THE CITY OF BRIDGEPORT, in its entirety and with prejudice and without costs and attorneys' fees to either party.

| | |
|---|---|
| Willinger, Willinger & Bucci, P.C.<br>855 Main Street<br>Bridgeport, CT 06604<br>Tel: 203-366-3939<br>Fax: 203-337-4588<br>Attorneys For Plaintiff<br>Mary Walker<br><br>By: _____<br>Thomas W. Bucci<br><br>Dated: 4-7-2004 | Durant, Nichols, Houston,<br>Hodgson & Cortese-Costa, P.C.<br>1057 Board Street<br>Bridgeport, CT 06604-4219<br>Tel: 203-366-3438<br>Fax: 203-384-0317<br>Attorneys for Defendant<br>Board of Education for the City of Bridgeport<br><br>By: _____<br>Christopher M. Hodgson<br><br>Dated: 5/7/04 |

## **CERTIFICATION**

This is to certify that I have caused to be served, this 7th day of May, 2004, the above and foregoing via, Federal Express to the following counsel and pro se parties of record:

Thomas W. Bucci, Esq.
Willinger, Willinger & Bucci
855 Main Street
Bridgeport, CT  06604

_____
Christopher M. Hodgson

P:\lit\CTC\091200\392\00035882.DOC